WILLIAM J. SCHROEDER, WSBA NO. 7942
GREGORY C. HESLER, WSBA NO. 34217
ANDREW C. SMYTHE, WSBA NO. 7948
PAINE HAMBLEN LLP                              The Honorable Lonny R. Suko
717 West Sprague Avenue, Suite 1200
Spokane, Washington  99201
Telephone:  (509) 455-6000
Facsimile:  (509) 838-0007
william.schroeder@painehamblen.com
greg.hesler@painehamblen.com
andy.smythe@painehamblen.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANETTE S. CONRAD, a married person, | ) ) No. CV-10-3019 LRS ) |
| Plaintiff, | ) **ORDER GRANTING** |
| vs. | ) **STIPULATED MOTION FOR** ) **DISMISSAL WITH PREJUDICE** ) |
| KATY L. SWENSON and JOHN DOE SWENSON, wife and husband, | ) ) ) |
| Defendants. | ) ) |

ON HEARING the Parties' Stipulated Motion for Dismissal With Prejudice, Ct. Rec. 14, and the Court being fully advised in the premises, it is

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL WITH PREJUDICE - 1

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000 FAX (509) 838-0007

HEREBY ORDERED that the above-entitled action is dismissed, with prejudice, and without costs or attorney's fees to any Party.

DATED this 12th day of November, 2010.

*s/Lonny R. Suko*

Lonny R. Suko
Chief U.S. District Court Judge

PRESENTED BY:

PAINE HAMBLEN LLP

By:  /s/ GREGORY C. HESLER
　　　William J. Schroeder, WSBA No. 7942
　　　Gregory C. Hesler, WSBA No. 34217
　　　Andrew C. Smythe, WSBA No. 7948
　　　Attorneys for Defendants
　　　717 West Sprague Avenue, Suite 1200
　　　Spokane, Washington 99201-3505
　　　Telephone:  509-455-6000
　　　Facsimile:  509-838-0007
　　　william.schroeder@painehamblen.com
　　　greg.hesler@painehamblen.com
　　　andy.smythe@painehamblen.com

PRESENTMENT WAIVED BY:

ABEYTA NELSON P.C.

By:  /s/ RODNEY K. NELSON
　　　Rodney K. Nelson, WSBA No. 9587
　　　1102 West Yakima Avenue
　　　Yakima, Washington  98902
　　　Telephone Direct:  (509) 575-1588
　　　Facsimile:  (505) 457-8426
　　　rnelson@abeytanelson.com
　　　Attorney for Plaintiff

ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL WITH PREJUDICE - 2

*PAINE HAMBLEN LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WA  99201
PHONE (509) 455-6000 FAX (509) 838-0007